# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150527

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                         SC: 150527
                                         COA: 323485

MAURICE MARCEL SIMPKINS,
        Defendant-Appellant.
                                         Wayne CC: 04-003956-FC

_____/

By order of July 28, 2015, the prosecuting attorney was directed to answer the application for leave to appeal the October 2, 2014 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2016



Clerk

s0120